AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
         Sheet 1

# UNITED STATES DISTRICT COURT

District of ___Colorado 13-po-00028-GPG___

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| | Case No. |
| RICHARD DONALD KINZIE | USM No. |
| | Marna Lake |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ **THE DEFENDANT** pleaded guilty to count(s)   I, II and III of Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR Section 4.23(a)(1) | Operating a motor vehicle Under the Influence of Alcohol. | 04/06/2013 | I |
| 36 CFR Section 4.23(a)(2) | greater than .08 grams of alcohol per 210 liters of breath Operating a motor vehicle with a Blood Alcohol content of greater than .08 grams | 04/06/2013 | II |
| 36 CFR § Section 4.21 | Speeding | 04/06/2013 | III |

■ Count(s)   IV   ■ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| Total: | $ 30.00 To be paid within 90 days | $ 800.00 All to be paid within 90 days |

Last Four Digits of Defendant's Soc. Sec. No.: ▇

Defendant's Year of Birth: 1965

City and State of Defendant's Residence:
California

November 12, 2013
Date of Imposition of Judgment

_____
Signature of Judge

Gordon P. Gallagher Magistrate Judge
Name and Title of Judge

*ORDER: Defendant to complete 48 hours of Community Service within 6 months, no law violations including any traffic violations over 4 points for 1 year, no alcohol for 1year.

November 13, 2013
Date