AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of \_\_\_\_Colorado\_\_ 13-PO-00028-GPG\_\_*AMENDED

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| | Case No. |
| RICHARD DONALD KINZIE | USM No. |
| | Marna Lake |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ **THE DEFENDANT** pleaded guilty to count(s)  I, II and III of Superseding Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 42-4-1301(1)(g)&18 USC 13 | Driving While Ability Impaired | 04/06/2013 | I |
| 36 CFR§4.21© | Speeding 66/35 | 04/06/2013 | II |
| 36 CFR§4.22(b)(2) | Unsafe Operation | 04/06/2013 | III |

☒ Count(s)  IV   ☒ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
| --- | --- | --- |
| Total: | $ 30.00 to be paid within 90 days | $ $800.00 to be paid within 90 days |

Last Four Digits of Defendant's Soc. Sec. No.: 7207

Defendant's Year of Birth: 1965

City and State of Defendant's Residence:

November 12, 2013
Date of Imposition of Judgment

Signature of Judge

Gordon P. Gallagher/Magistrate Judge
Name and Title of Judge

January 13, 2014
Date